IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PAUL L. FELKER, et al.,

        Plaintiffs,

v.

USW LOCAL 10-901, USW LOCAL 10-901
(SU) AND USW LOCAL 10-901 (NE)
MARCUS HOOK REFINERY WORKERS
INVOLUNTARY TERMINATION PLAN,

        Defendant.

CIVIL ACTION
NO. 13-7101

# ORDER

**AND NOW**, this 8th day of June, 2016, upon consideration of Plaintiffs' Motion for Summary Judgment (Doc. No. 27), Plaintiffs' Statement of Undisputed Facts (Doc. No. 28), Defendant's Motion for Summary Judgment (Doc. No. 29), the Responses in Opposition to the Motions for Summary Judgment (Doc. Nos. 31, 33), Defendant's Motion to Strike (Doc. No. 30), Plaintiffs' Response in Opposition to Defendant's Statement of Undisputed Facts (Doc. No. 32), Plaintiffs' Response in Opposition to the Motion to Strike (Doc. No. 36), Defendant's Motions for Leave to File Replies (Doc. Nos. 35, 38), Plaintiffs' Response in Opposition to Defendant's Motion for Leave to File a Reply to its Motion for Summary Judgment (Doc. No. 37), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

    1.    Plaintiffs' Motion for Summary Judgment (Doc. No. 27) is **DENIED**.

    2.    Defendant's Motion for Summary Judgment (Doc. No. 29) is **GRANTED**.

    3.    Defendant's Motion to Strike (Doc. No. 30) is **GRANTED**.

    4.    Defendant's Motions for Leave to File Replies (Doc. Nos. 35, 38) are **DENIED**.

5. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.